**Order entered January 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01296-CV

### TERRELL E. BITTEN, Appellant

### V.

### STATE FARM INSURANCE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08190**

## ORDER

Before the Court is appellant's January 17, 2019 motion for an extension of time to file

an amended brief.  We **GRANT** the motion and extend the time to **February 19, 2019**.


/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE